UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | No. 3:07-CR-157 |
| | ) | (Phillips) |
| **JOSEPH DEJON MANNING** | ) | |

### ORDER

There being no timely objection by defendant, *see* 28 U.S.C. § 636(b)(1), and the court being in complete agreement with the magistrate judge, the Report and Recommendation (R&R) [Doc. 68] filed by the Honorable C. Clifford Shirley, United States Magistrate Judge, on May 5, 2008, is hereby **ACCEPTED IN WHOLE** whereby defendant's motion to suppress [Doc. 45] is **DENIED**.

**ENTER:**

        s/ Thomas W. Phillips
United States District Judge